RECEIVED

JUN 0 5 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

United States
District Court of
Tennessee
Nashville Division
719 Church Street
Nashville, TN 37203
Case N3: 23-000 88
Chief Judge Campbell
from: Lytugnenno Olexii

(PLease translate from Ru to Eng).


Обращение


Оглавление:
I. Вступление:
  - процедуры;
  - экстрадиционные запросы;
II. Постановление справедливого решения:
  - Процессуальные вопросы "Права";
  - Вопросы доказательств;
III. Экстрадиционный обмен;
IV. Вопрос нападения;
V. Обращение.


Дополнение:
1. Информационный лист о розыскиваемом
лице - 1 лист.

Case 3:23-cr-00088    Document 39    Filed 06/05/26    Page 1 of 11 PageID #: 222

Case 3:23-cr-00088    Document 39    Filed 06/05/26    Page 2 of 11 PageID #: 223

**I. Вступление:**

(1) Уважаемый Суд США, я заранее прошу прощение если я заблуждаюсь или в чем-нибудь не прав. Я уважаю суд, доверяю только суду (Суд мой второй дом). Причина моего обращения это то, что я был неоднократно, некорректно истолкован, и я не имею возможности поправить заблуждения.

(2) Также причиной моего обращения является то, что решение Высокого Суда Ирландии и Апелляционного Суда Ирландии имеют структуру, которая может ввести в заблуждение.

(3) Я обращаюсь к Вам на основании тех знаний которыми владею, как я понимаю и как мне переводят и я воспринимаю информацию с учётом того, что я не знаю английский.

(4) - Процедуры:
Я являлась действующим адвокатом Украины и информация обо мне внесена в Единый реестр адвокатов Украины N 000068 от 2016 года. Эти данные публичные и находятся в Интернете.

(5) Согласно Украинского законодательства, которое принято на основании международных стандартов, уголовное дело в отношении адвоката заводится за подписью прокурора области и обязательным постановлением Суда и Извещением об статусе "Адвокат". Иными словами уголовное дело заводится по отношению и адвокату.

(6) Согласно Украинского законодательства и международных стандартов, обыск адвоката производится с обязательным уведомлением

-1-

Ассоциации адвокатов и в присутствии представителя Ассоциации, также в присутствии 2 понятых и самого адвоката, по отношению к которого необходимо провести обыск. Постановление на обыск подписывает прокурор области, а суд делает отметку, что-бы обыск проводился в разумных пределах.

7) Согласно Эритрейского законодательства, а также стандартов международного права, арест адвоката производится за подписью прокурора области на основании решения суда, с обязательным постановлением в известность Ассоциацию адвокатов.

8) – Экстрадиционные запросы;
Согласно международного законодательства – Государство защищает адвоката в том числе и за рубежом.

9) 6.07.2023 года я был арестован в городе Кори, Ирландия, также без меня и свидетелей с нарушением порядка и процедуры, в этот же день был проведен обыск жилья адвоката и изъяты и направлены в США вещи адвоката и самого адвоката.

10) Данные действия проводились совместно работниками Ирландии и США на основании:
– Экстрадиционный запрос на арест от 09.06.2023 г.
– Экстрадиционный запрос на обыск от 31.05.2023

11) Экстрадиционный запрос на арест мне был вручен спустя 2 месяца в тюрьме.

12) Экстрадиционный запрос на обыск – мне до сегодняшнего дня вручен не был. В Высший Суд Ирландии Апелляционный суд Ирландии было предоставлено решение на обыск выданного расширя

– 3 –

судом города Корк Ирландия. В решении суда Ирландии города Корк, так указано в решении суда было вынесено на основании экстрадиционного запроса из США от 31.07.23.

(13) Данный запрос является очень важным и я 3 года прошу мне выдать его. Также при предъявлении экстрадиционного запроса в районный суд города Корк, Гарда скрыла информацию о моем статусе и что необходимо изучить вещи с "Привилегией адвоката и рабочий продукт адвоката". При рассмотрении вопроса в районном суде города Корк Ирландии брали участие 2 работника США, которые также скрыли существенную информацию.

II. Постановление справедливого решения:
— Процессуальные вопросы "Предо"

(1) Экстрадиционный запрос на арест из 4 обязательных элементов:
— Информация об розыскиваемом человеке;
— Обвинительное заключение;
— Ордер на арест;
— Аффидевит с информацией о том, что розыскиваемый человек мог совершить преступление.

(2) Мне был предъявлен Экстрадиционный запрос на арест. В первом элементе — информация об розыскиваемом человеке, я указан как человек о которой нет данных о месте работы, номер телефона и соответственно что я адвокат.

(3) Выше указанная запись говорит о том, что

— 3 —

что были нарушены принципами и законы международного права. А именно - внесена недостоверная информация служебными лицами в официальные документы и что является: "Подделка официального документа и предоставление в Суд", "Должностной подлог", "Превышение полномочий в том числе при присвоении функции независимого наблюдателя". Также - это является нарушением правил и инструкций поведения должностного лица. Также что нарушение принципа взаимодоверия между судом и должностным лицом. Также - это нарушение принципа судопроизводства, согласно которого запрещено от суда скрывать существенную информацию. (Данный принцип был упомянут в решении суда США по делу Кима-Антера Алим Боуддин).

④ В связи с несоответствием информации в информационном листе о разыскиваемом человеке и противоречии в Аффидевите о том что разыскиваемый человек мог совершить преступление, в Высоком суде Ирландии при рассмотрении экстрадиционного запроса на арест было поставлено следующие вопросы:

а) Вопрос о возможном нарушении ст 6. Конвенции прав человека связанном с нарушением принципа равенства, сокрытия существенной информации от суда, о том что я имею себя "адвокой" и не соблюдения гарантий "адвокатной деятельности.

⑤ Согласно 14 поправке к Конституции США - я имею право на надлежащую правовую процедуру. Данное право также закреплено в ст.

13 Конвенции прав человека.

⑤ Исходя из выше изложенного поставлен вопрос имею ли я право на надлежащую правовую процедуру связанной с защитой от "Произвола", а именно - имею ли я право
– Обжаловать независимый обыск адвоката;
– Процедуру Habeas Corpus, то есть независимого лишения свободы и действий должностных лиц;
– Обжаловать экстрадиционный запрос на арест.

⑦ Обвинением из США были представлены документы, в которых говориться, что я имею право в США пользоваться правами закреплёнными в "Международной пакт политических прав человека" который является альтернативой "Конвенции прав человека."

⑧ В связи с таким ответом, вопрос о надлежащей правовой процедуре был решён в пользу обвинения США.

⑨ По приезду в США, назначенный всеми адвокат разъяснил мне, что выше указанными правами могут пользоваться только граждане США.

⑩ На основании выше изложенного нарушался принцип равенства и принципа "не сокрытия информации об уголовного обвинения (существенной). то есть из за отсутствия "Прав" в том числе.

б) Вопрос о возможном нарушении ст 6 "Конвенции прав человека" связанной с запросом на экстрадиционный арест – вопрос представления доказательств реабилитирующие меня по уголовному делу.

⑪ Высшим Судом Ирландии были внесены обстоятельства уголовного дела, на основании которого требуется моя экстрадиция. Данное обстоятельс

...la были изложены в Уведомлении о том, что разыскиваемое мною могло совершить преступление.

(12) При прибытии в США, через 9 месяцев, мне стало известно, что причинами первичного обыска, а также другие обстоятельства являются - обстоятельства не те которые изложены в Уведомлении о возможном совершении мною преступления и Апелляционым Судом Ирландии. По сути мои будут рассматривать другое дело, а не то по которому меня выдавали. [А ходатайства адвокатов и запрос на экстрадицию я не имею права]. И я нахожусь в правовой неопределенности.

(13) Внесение недостоверной информации в документы для предъявления в суд - влечет за собой недействительность документов и имеет признаки уголовного правонарушения.

(14) Апелляционным судом Ирландии было исследовано вопросы о доказательствах и свидетелях которые реабилитируют меня. Данные изучены на основании адвокатов о том, что я мог совершить преступление. И согласно решению Апелляционного суда, все необходимые доказательства для суда США находятся в моем ноутбуке, и телефоне.

(15) Но в связи с тем что основания изменились, то мне необходимо решить вопрос о доказательствах которые находятся в моем городе Херсон в Украине. В данный момент это зона боевых действий

(16) Иными словами возможно нарушение ст. в "Конвенции прав человека" связанных с несоблюдением и несоответствием документов.

" III. Экстрадиционный Обыск;

① В Высоком и Апелляционном Суде Ирландии ставился вопрос об незаконном обыске, поддерживании вещей адвоката и о действиях правовых разбирательных органов.

② Апелляционный Суд Ирландии в вопросе признания действий сотрудников власти незаконными, незаконным обыском, информацией и вторичной вещей в США, исходил из принципа "Взаимодоверия". Того принципа согласно которого Суд США должен дать оценку действием и переданной информации как в Суд США, так и в Суд города Корк Ирландии. В результате действий органов власти был нарушен как закон Ирландии так и международные законы.

③ В результате действий власти были нарушены процедура как в США так и Ирландии.

IV  Вопрос наказания:

① В Высоком Суде Ирландии был поставлен вопрос об возможном нарушении ст.3 "Конвенции прав человека" связанных с вынесением приговора и срока отбывания наказания.

② На это обвинение из США предоставило документы согласно которых:
— Средний срок наказания за вменяемые мне преступления 22 месяца, а срок отбывания наказания 12 месяцев.
— Также я не являлся лидером, первый раз совершил преступление не насильного характера и имело 2 месяца за каждый год "Хорошего времени" в том числе мнение свидетеля и в Ирландии. Итог.

③ После предоставления такой информации, суд Ирландии автоматически признал то, что нарушен

ния cб.3 Конвенции прав человека" не будет. И суд в своём решении сделал отметку, что об этом и указал, что я уже отбыл 16 месяцев лишения свободы.

④ Апелляционный Суд Ирландии использовал принцип взаимодоверия между странами и судами и оставил решение Высшего суда Ирландии в силе.

⑤ На основании выше изложенного и того что я уже провёл в тюрьме 27 месяцев, отпала необходимость в обжаловании решений Ирландских судов в вышестоящие органы, и фактически я сам экстрадировался.

⑥ При приезде в США, в веду с тем, что я не признал вину, я не имею предварительного отчёта о моём наказании, что ставит меня в "Правовую неопределённость" и я не знаю, что мне делать дале.

## Ⅴ Обращение!

① Я прошу суд взять во внимание выше указанную информацию при:
 - рассмотрении моего дела;
 - постановлении приговора.

② Я прошу меня понять, так как я нарушил все происходящее и ещё раз прошу прощения, вся ситуация пугает меня.

Дополнение:
1. Информационный лист о розыскиваемом лице.

15 мая  2026 год

А. А. Литвиненко

This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender:  OLEKSII OLEKSIYOVYCH LYTVYNENKO

Known aliases:  a/k/a ALEXSEY ALEXSEEVICH LITVINENKO

Last known residence:  Cork, Ireland

Prior addresses to which defendant/offender may still have ties:  Ukraine

Last known employment:  N/A

Last known telephone numbers:  N/A

Place of birth:  UNK

Date of birth:  xx/xx/1982

Social Security number:  N/A

| | | | |
|---|---|---|---|
| Height: | UNK | Weight: | UNK |
| Sex: | Male | Race: | White |
| Hair: | Dark Brown | Eyes: | UNK |

Scars, tattoos, other distinguishing marks:  N/A

History of violence, weapons, drug use:  N/A

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:  N/A

Complete description of auto:  N/A

Investigative agency and address:  FBI, 2868 Elm Hill Pike, Nashville, TN

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
N/A

Date of last contact with pretrial services or probation officer *(if applicable)*:
N/A

| Print | Save As... | | Reset |
|---|---|---|---|

Crittenden County
Defention Center
208 West carlile Street
Marion KY 42064

FOREVER / USA

United states District Court
for the middle District
of Tennessee
Nashville Division
719 church Street
Nashville TN 37203

JAIL MAIL

3720387094 C019

Legal paper

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

FSC
MIX
Envelope
FSC® C137131