# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

)  Case No.: 3:23-cr-00088
)
**UNITED STATES OF AMERICA**
)  Judge: William L. Campbell, Jr.
  V.
)
)  Hearing Date: June 10, 2026
)
)  **Location:** ⊘ Nashville    ◯ Columbia    ◯ Cookeville

OLEKSII OLEKSIYOVYCH LYTVYNENKO

)  Court Reporter: Patty Jennings
)
(list each defendant appearing at hearing)
)  Court Interpreter: Nataliia Worrell
)

## CRIMINAL MINUTES

Government Attorney(s): Taylor Phillips and Sonia Jimenez

Defense Attorney(s): William Allensworth and Jessica Dragonetti

| **TRIAL PROCEEDINGS** | | **NON-TRIAL PROCEEDINGS** | |
|---|---|---|---|
| 1. Jury Trial* | ☐ | 7. Initial Appearance/Arraignment | ☐ |
| 2. Non-Jury Trial* | ☐ | 8. Plea Hearing | ☑ |
| 3. Sentencing Hearing Contested* | ☐ | 9. Sentencing Hearing | ☐ |
| 4. Supervised Release Hearing-Contested* | ☐ | 10. Status conference | ☐ |
| 5. Probation Revocation Hearing-Contested* | ☐ | 11. Pretrial Conference | ☐ |
| 6. Other Evidentiary Hearing* | ☐ | 12. Supervised Release Revocation Hearing | ☐ |
| (Describe #6 in comments section below) | | 13. Probation Revocation Hearing | ☐ |
| *For items 1-6, a Witness/Exhibit List is required and must be separately filed.* | | 14. Motion Hearing | ☐ |
| | | 15. Other Proceeding | ☐ |
| | | (Describe #15 in comments section below) | |

JURORS (complete on day 1 only):

| | | | |
|---|---|---|---|
| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

- Status Conference CONVERTED to Plea Hearing.
- Defendant entered a plea of guilty to Count 2 of the Indictment.
- Defendant waived formal reading of the facts.
- Sentencing set for September 10, 2026, at 10:00 a.m.
- Order to enter.

Total Time in Court: 40 minutes

Clerk of Court
by: Aubrey Mattis

Reset Form Case 3:23-cr-00088    Document 41    Filed 06/10/26    Page 1 of 1 PageID #: 236