**IN THE UNITED STATES DISTRICT COURT FOR**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **3:23-cr-00088** |
| | ) | **JUDGE CAMPBELL** |
| **OLEKSII OLEKSIYOVYCH** | ) | |
| **LYTVYNENKI** | ) | |

## <u>ORDER</u>

The status conference held on June 10, 2026, was CONVERTED to a plea hearing. The sentencing hearing in this case is set for September 10, 2026, at 10:00 a.m. The Defendant shall remain in Federal Custody pending further order of the District Judge. The Defendant shall attend all Court hearings.

At least seven days before the sentencing date, the parties shall file a "Position of the (Government or Defendant) Regarding the Presentence Report," containing only unresolved objections to the Presentence Report (LCrR 32.01(e)(4)). Any responses shall be filed no later than three days before sentencing. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing. At least seven days before the sentencing date, the parties shall file their respective statements addressing sentencing factors set forth in 18 U.S.C. §3553(a), (LCrR 32.01(e)), other sentencing filings (LCrR 32.01(f)), and motions for a departure.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE